```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :
                                :
v.                              :     Crim. No. 3:96-cr-190(AHN)
                                :
JOSEPH BURGOS                   :
```

                        ORDER TO SHOW CAUSE

   Upon the addendum to the presentence report by the United States Probation Office stating that the defendant JOSEPH BURGOS is eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) based on Amendment 706 to the Sentencing Guidelines, submitted to this court on April 23, 2008, it is hereby

   ORDERED that the government file a response on or before June 9, 2008, showing cause why the relief prayed for in the motion should not be granted and addressing the merits of the defendant's claim of entitlement to a reduction in this court's sentence, and it is further

   ORDERED that service by the United States Marshal of this order on the government's representative, Nora R. Dannehy, Acting United States Attorney, New Haven, Connecticut, on or before May 8, 2008, shall be deemed sufficient service.

SO ORDERED.

   Dated at Bridgeport, Connecticut this 24th day of April 2008.

                                          _____/s/_____
                                          Alan H. Nevas
                                          United States District Judge